UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUNDY DUKES,

    Plaintiff,

v.   Case No. 8:15-cv-2267-T-27AEP

1ST AMERICAN STORAGE CO., INC.,
*et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause came before the Court *sua sponte*. Plaintiff filed an Amended Complaint (Doc. 8) and a renewed request to proceed *in forma pauperis* (Doc. 10). Upon review of the Amended Complaint, the undersigned noted deficiencies and therefore denied without prejudice Plaintiff's requests to proceed *in forma pauperis* (Doc. 12). In addition, Plaintiff received an opportunity to file a second amended complaint to correct the noted deficiencies and was put on notice that failure to file an amended complaint on or before May 26, 2016, would result in a recommendation of dismissal (Doc. 12). As the record indicates, Plaintiff failed to file a second amended complaint within the allotted time. Accordingly, it is hereby

RECOMMENDED:

1. Plaintiff's Amended Complaint (doc. 8) be dismissed.

2. The Clerk be directed to terminate any deadlines and close the case.

IT IS SO REPORTED in Tampa, Florida, on this 27th day of June, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

cc:	Hon. James D. Whittemore
	Counsel of Record