UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUNDY DUKES,

        Plaintiff,

vs.                                              Case No. 8:15-cv-2267-T-27AEP

1ST AMERICAN STORAGE CO., INC., et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that this case be dismissed because Plaintiff has failed to file a Second Amended Complaint within the allotted time (Dkt. 13).[1] Plaintiff, proceeding *pro se*, has failed to file objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) This case is **DISMISSED** for failure to timely file an amended complaint.

3) The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 15th day of July, 2016.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to: *Pro se* Plaintiff

---

[1] Plaintiff's Complaint and Amended Complaint were dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (Dkts. 6, 12).